193 So. 892

**Norvil SALTER v. STATE.**

**3 Div. 822.**

Court of Appeals of Alabama.

Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

193 So. 892

**Jay Gould SAMPLES, Jr. v. STATE.**

**8 Div. 907.**

Court of Appeals of Alabama.

Jan. 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

196 So. 905

**D. SAMPSON v. STATE.**

**6 Div. 597.**

Court of Appeals of Alabama.

April 30, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

193 So. 892

**Porter SANDERS v. STATE.**

**4 Div. 583.**

Court of Appeals of Alabama.

Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

RICE, Judge.

So far as we can observe or ascertain the situation with reference to this appeal is exactly similar to that obtained with reference to the appeal in the case of Paulk v. State, 25 Ala.App. 212, 143 So. 585.

And upon the authority of what we there said the judgment here appealed from is affirmed. See Ex parte Paulk, 225 Ala. 420, 143 So. 585.

Affirmed.

195 So. 911

**Raymond SANDS v. STATE.**

**1 Div. 368.**

Court of Appeals of Alabama.

March 19, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.